**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:    (949) 271-4040
Email:          bpaino@mcglinchey.com
                    dsharma@mcglinchey.com

Attorneys for *Defendant* **OCWEN LOAN SERVICING, LLC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS MBAMAONYEKWU,<br><br>            Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC; LAW OFFICES OF LES ZIEVE; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.:<br><br>[Unlimited Jurisdiction]<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Superior Court Case No.:  C16-00887<br>Action Filed: May 10, 2016<br>Trial Date:     NA |

Pursuant to Federal Rule of Civil Procedure 7.1, *defendant* Ocwen Loan Servicing, LLC ("<u>Ocwen</u>") respectfully submits this Corporate Disclosure Statement and states as follows:

1.   Ocwen is a Delaware limited liability company and wholly owned subsidiary of Ocwen Financial Corporation, a publicly traded company. No entity owns 10% or more of Ocwen Financial Corporation's stock.

Ocwen makes these disclosures solely for the purpose of Federal Rule of Civil Procedure 7.1 and reserves the right to supplement them as needed.

DATED:  June 10, 2016                                **McGLINCHEY STAFFORD**

                                                                        By: */s/  Dhruv M. Sharma*
                                                                              DHRUV M. SHARMA
                                                                              BRIAN A. PAINO
                                                                        Attorneys for *Defendant* **OCWEN LOAN SERVICING, LLC**

1
**CORPORATE DISCLOSURE STATEMENT**
686160.1