1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MBAMAONYEKWU,<br><br>        Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC; LAW OFFICES OF LES ZIEVE; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 4:16-cv-03230-KAW<br><br>Hon. Magistrate Judge Kandis A. Westmore<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AS MODIFIED**<br><br>**Current Hearing:**<br>Date:    September 20, 2016<br>Time:    1:30 p.m.<br>Ctrm:    4, 3rd Floor<br><br>**[Proposed] Hearing:**<br>Date:    November 21, 2016<br>Time:    1:30 p.m.<br>Ctrm:    4, 3rd Floor<br><br>Action Filed: May 10, 2016<br>Trial Date:     NA |

    The Court having considered the *Stipulation to Continue Initial Case Management Conference and Related Deadlines* (the "Stipulation") entered into by and between *defendant* Ocwen Loan Servicing, LLC; and *plaintiff* Chris Mbamaonyekwu (together, the "Parties"), and good cause appearing therefor,

    **IT IS ORDERED** that the Stipulation is **APPROVED**.

///

1                                              CASE NO.: 4:16-cv-03230-KAW
**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES**

751146.1

1. The deadline for the Parties to file a joint case management statement, discovery plan, and initial disclosures is extended to <u>November 14, 2016</u>.

2. The Initial Case Management Conference ("<u>CMC</u>") is continued to <u>November 22, 2016</u>, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 9/15/16

*Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

2  CASE NO.: 4:16-CV-03230-KAW
**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

751146.1